1  Mark F. Roach
   Nevada Bar No. 8237
2  Wood, Smith, Henning & Berman LLP
   2881 Business Park Court, Suite 200
3  Las Vegas, Nevada 89128-9020
   Telephone: 702 251 4111
4  Facsimile: 702 251 5405
   mroach@wshblaw.com
5  Attorneys for Defendant
   Vestis Services, LLC
6
                    IN THE UNITED STATES DISTRICT COURT
7
                              DISTRICT OF NEVADA
8

9
   MARIA CARMEN RODRIGUEZ,                    Case No. 2:25-cv-00394
10 an individual,                              Order granting
                          Plaintiff,          **DISASSOCIATION OF COUNSEL**
11         VS.

12 RAISING CANE'S RESTAURANTS,
   L.L.C. dba RAISING CANE'S; VESTIS
13 SERVICES, LLC, d/b/a ARAMARK;
   DOES I through XXX, inclusive and ROE
14 BUSINESS ENTITIES I through XXX,
   inclusive,
15                        Defendants.

16

17

18         PLEASE TAKE NOTICE that Defendant, VESTIS SERVICES, LLC, hereby disassociates

19 SARA D. WRIGHT, ESQ. as counsel of record for Defendant, VESTIS SERVICES, LLC.  Ms.

20 Sara D. Wright, Esq. is no longer with the law firm of Wood, Smith, Henning & Berman, LLP.

21 VESTIS SERVICES, LLC will continue to be represented by MARK F. ROACH, ESQ., of the law

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

37694670.1:10745-0232

DISASSOCIATION OF COUNSEL

1 firm of Wood Smith Henning & Berman, LLP.

2 DATED: May 1, 2025                    WOOD, SMITH, HENNING & BERMAN LLP

By: _____
MARK F. ROACH
Nevada Bar No. 8237
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Attorneys for Defendant Vestis Services, LLC

IT IS SO ORDERED.                         Nancy J. Koppe
Dated: May 2, 2025                        United States Magistrate Judge